GEORGE E. SWYGERT, as Administrator, etc., of WILLIAM C. ANDREWS, Deceased, Appellant, v. CAULDWELL-WINGATE Co. and Another, Respondents.— Action to recover damages for the alleged wrongful death of William C. Andrews predicated upon the negligence of the defendants in the maintenance and operation of a structure on Forty-third street, between Broadway and Eighth avenue, Manhattan. Judgment dismissing the complaint at the close of plaintiff's case, and the order denying plaintiff's motion for a new trial on the ground of newly-discovered evidence, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

CHARLES KOENIGSBERG, Appellant, v. BRONXDALE SWIMMING POOL, INC. (Amended During Trial to " THE STORES BUILDING COMPANY, INC."), Respondent.— Action for personal injuries sustained by plaintiff in having his finger torn off in an angle formed by the tubular support or upright of a slide in defendant's swimming pool and the metal strap or piece of cross bracing which was bolted to the upright, as he extended his arms in jumping into the pool. Judgment dismissing the complaint at the close of plaintiff's case unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ISIDOR SHERL, as Administrator, etc., of AMELIA SHERL, Deceased, Appellant, v. ADAM KOLBE and Another, Defendants, Impleaded with FRANK A. LADMAN and Others, Respondents.— Plaintiff sues as the administrator of one Amelia Sherl, his deceased sister, to recover the sum of $2,500, of which he claims the defendants combined and conspired to defraud her. Judgment in so far as it dismisses the complaint as against defendant Elizabeth F. Vilkomerson unanimously affirmed, with costs to said defendant against plaintiff; the action severed, and judgment dismissing the complaint at the close of plaintiff's case as to defendants Frank A. Ladman and Robert Minkow unanimously reversed and a new trial ordered as to said defendants, with costs to the appellant to abide the event, on the ground that the evidence established a *prima facie* case against said defendants. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

LOUIS ROSENBLATT, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— Action to recover total and permanent disability benefits provided by two policies of insurance issued by defendant in 1916 and 1919, respectively. Determination of Appellate Term affirming a judgment of the Municipal Court, Borough of Manhattan, Ninth District, dismissing complaint at the close of plaintiff's case, unanimously affirmed, with costs and disbursements. (See *Garms* v. *Travelers Insurance Co.*, 242 App. Div. 230; affd., 266 N. Y. 446.) Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WAYDALE CORPORATION, Respondent, v. JAMES J. SEXTON and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants.— Final order reducing assessment on relator's real property for the year 1930 unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.